IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Akram K. Geelani,                                           Case No. 3:13 CV 151

           Plaintiff,                              O R D E R

       -vs-                                              JUDGE JACK ZOUHARY

Summit Academy Management,

           Defendant.

      This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge filed February 7, 2014 (Doc. 20).  The R&R recommends this Court grant Defendant's Motion for Summary Judgment (Doc. 13) in its entirety and that Plaintiff's Amended Complaint be dismissed because Plaintiff failed to put forth evidence showing Defendant terminated him because of his national origin.

      Under 28 U.S.C. § 636(b)(1), a party must serve written objections to the Magistrate Judge's proposed findings and recommendations within fourteen (14) days of being served with the R&R, at which time this Court makes a de novo determination of those portions of the R&R to which objections were made.  The failure to file objections within the time frame set forth in the statute constitutes a waiver of de novo review by the district court.  *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff's deadline for filing objections has passed, and no requests for extension have been received. The R&R accurately states the facts and law, which this Court adopts in its entirety. Accordingly, Defendant's Motion for Summary Judgment is granted and the Amended Complaint is dismissed.

IT IS SO ORDERED.

                                                                 s/ *Jack Zouhary*
                                                          JACK ZOUHARY
                                                          U.S. DISTRICT JUDGE

                                                          February 25, 2014